IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DAVID VAIL HANSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY MORGAN and MATHIEU DAHLEN,<br><br>    Defendants. | No. 4:04-CV-40126<br><br>VERDICT FORM |

**NOTE:** Complete this form by writing in the names required by your verdict.

On Plaintiff David Veil Hansen's claim against Defendant Timothy Morgan, as submitted in Instruction No. 13, we the jury find in favor of

_____     or     _*Timothy Morgan*_
(Plaintiff (name))                    (Defendant (name))

On Plaintiff David Veil Hansen's claim against Defendant Mathieu Dahlen, as submitted in Instruction No. 14, we the jury find in favor of

_____     or     _*Mathieu Dahlen*_
(Plaintiff (name))                    (Defendant (name))

(Page 1 of 2)

**Note: Complete the following paragraphs only if one or more of the above findings is in favor of Plaintiff.**

We find Plaintiff David Veil Hansen's damages to be:

$_____ (stating the amount, or if you find that plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00).

**Note: You may not award punitive damages against any Defendant unless you have first found against that Defendant and awarded Plaintiff actual or nominal damages.**

We assess punitive damages against Defendant Timothy Morgan as follows:

$_____ (stating the amount or, if none, write the word "none").

We assess punitive damages against Defendant Mathieu Dahlen as follows:

$_____ (stating the amount or, if none, write the word "none").

FOREPERSON

11-16-05
DATE